| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 1:CR-03-195-02 |
| | | DOCKET NUMBER (Rec. Court) 07 CRIM 829 |

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| HENDERSON, Maurice | Middle/PA | Harrisburg |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Yvette Kane | |
| | DATES OF SUPERVISED RELEASE | FROM 6/16/07 — TO 6/15/10 |

OFFENSE

Distribution and Possession with Intent to Distribute Crack Cocaine, 21 USC § 841(a)(1)

*JUDGE LYNCH* (stamp)

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE __MIDDLE__ DISTRICT OF __PENNSYLVANIA__

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __Southern District of New York__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_10 Aug 07_                    _/s/ Yvette Kane_
Date                            United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF __NEW YORK__

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 31 2007

AUG 31 2007                    _/s/_
Effective Date                  United States District Judge

~~DEBRA FREEMAN~~
DOUGLAS F. EATON UNITED STATES MAGISTRATE JUDGE
UNITED STATES MAGISTRATE SOUTHERN DISTRICT OF NEW YORK
SOUTHERN DISTRICT OF NEW YORK