

P41859/E.Rivera

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## PROBATION OFFICE

### MEMORANDUM

**07CRIM. 829**

**TO:** Jim Molinelli, Miscellaneous Clerk

**FROM:** Elisha Rivera, Senior United States Probation Officer

**RE:** Maurice Henderson

**DATE:** August 28, 2007

### ASSIGNMENT OF TRANSFER OF JURISDICTION

On February 20, 2004, the above-named individual was sentenced in the Middle District of Pennsylvania outlined in the attached J & C.

In August 2007, we received the Prob. 22's endorsed by the Honorable Yvette Kane, U.S. District Court Judge, ordering Mr. Henderson's transfer to the SD/NY. At this time, we are requesting that this case be assigned to a Judge in the SD/NY for acceptance of transfer of jurisdiction.

Your assistance in this matter is greatly appreciated. Should you have any questions, please feel free to contact the undersigned officer at (212) 805-5114.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: _____
Elisha Rivera
Senior U.S. Probation Officer



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 31 2007