

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION OFFICE

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/08
```

**Petition for Warrant
with Attached Request for
Court Action Direction Detailing Probable Cause**

Offender: Henderson, Maurice                                Docket Number: 07 Cr 829

Sentencing Judge: Honorable Yvette Kane, U.S. District Judge (MD/PA)

Date of Original Sentence:   February 20, 2004

Original Offense:   Distribution and Possession with Intent to Distribute Crack Cocaine {21 USC 841(a)(1)}

Original Sentence:   60 months imprisonment; three (3) years supervised release

Type of Supervision:   Supervised Release      Date Supervision Commenced:   June 15, 2007

---

### PETITIONING THE COURT TO ISSUE A WARRANT

The offender has not complied with the following condition(s) of supervision:

Nature of Noncompliance

1. ON OR BEFORE JULY 19, 2007 AND NOVEMBER 27, 2007, THE SUPERVISED RELEASEE USED A CONTROLLED SUBSTANCE, TO WIT, COCAINE. (MANDATED CONDITION, MANDATORY REVOCATION) - GRADE C VIOLATION.

2. ON OR ABOUT MARCH 13, 2008, THE SUPERVISED RELEASEE FAILED TO REPORT TO THE U.S. PROBATION OFFICER AS DIRECTED. (CONDITION #2) - GRADE C VIOLATION.

3. ON OR ABOUT 11/16/07, 1/02/08, 1/09/08, 1/17/08, 1/24/08, 2/05/08, 2/26/08, 3/11/08, 3/18/08, AND 3/25/08, THE SUPERVISED RELEASEE FAILED TO ABIDE BY COURT ORDERED TREATMENT, IN THAT HE FAILED TO REPORT TO SCAN, A FEDERAL DRUG TREATMENT PROGRAM.. (SPECIAL CONDITION) - GRADE C VIOLATION.

4. ON OR ABOUT JUNE 15, 2007, THE SUPERVISED RELEASEE FAILED TO WORK REGULARLY AT A LAWFUL OCCUPATION. (CONDITION # 5) - GRADE C VIOLATION.

5.  ON OR ABOUT 11/29/07, 1/3/08, AND 2/07/08, THE SUPERVISED RELEASEE FAILED TO FOLLOW THE INSTRUCTIONS OF THE PROBATION OFFICER. (CONDITION #3) - GRADE C VIOLATION.

6.  ON OR ABOUT 9/28/07, 12/03/07, 1/25/08, AND 3/18/08, THE SUPERVISED RELEASEE FAILED TO COMPLY WITH DRUG TESTING, IN THAT HE FAILED TO REPORT FOR RANDOM URINE DRUG TESTING AT THE U.S. PROBATION OFFICE. (MANDATED CONDITION, MANDATORY REVOCATION) - GRADE C VIOLATION.

U.S. Probation Officer Recommendation:

The term of supervision should be:

[X]   Revoked

**I declare under penalty of perjury that the foregoing is true and correct. (Supporting documentation is attached)**

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

Yvonne Rivera
U.S. Probation Officer
(212) 805-5192

Approved By:

Avriel G. George     Date 3/27/08
Supervising U.S. Probation Officer

(Rev. eVOP 12/06/07)

Henderson, Maurice
07 Cr 829



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## PROBATION OFFICE

*Judicial Response*

## THE COURT ORDERS:

[ ]   The Issuance of a Summons
        The Offender is directed to appear as follows:

         Date: _____

         Time: _____

         Place: _____

[✓]   The Issuance of a Warrant
[ ]   Submit a Request for Modifying the Condition or Term of Supervision
[ ]   Other

_____
Signature of Judicial Officer

4/1/08
_____
Date

(Rev. eVOP 12/06/07)